<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL</u>
<u>SENTENCING WORKSHEET</u>

UNITED STATES OF AMERICA,

v.

Case No: 07-20168-22-JWL

KEITH MCDANIEL (22)

Location: Kansas City, Kansas

AUSA: Terra Morehead
Deft. Atty.: Fred Bellemere, III

| | | | |
|---|---|---|---|
| **JUDGE:** | Lungstrum | **DATE:** | 9/25/2009 |
| **DEPUTY CLERK:** | Sharon Scheurer | **TAPE/REPORTER:** | Becky Ryder |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | Michelle Caples |

( **X** )  For Details of Sentence See Judgment and Commitment Order

(  )  Restitution Ordered under 18:3663     $_____   on count(s) _____
                                            $_____   on count(s) _____
                                            $_____   on count(s) _____
(  )  **<u>Total Restitution</u>**          $_____

(  )  Defendant Fined                       $_____   on count(s) _____
                                            $_____   on count(s) _____
                                            $_____   on count(s) _____
(  )  **<u>Total Fine</u>**                 $_____

( **X** )  Defendant Assessed under 18:3013 $____100.00____  on count(s) ____#1____
                                            $_____   on count(s) _____
                                            $_____   on count(s) _____
( **X** )  **<u>Total Assessment</u>**      $____100.00____

(  )  Count(s) _____ dismissed by the court on the motion of the United States.

( **X** )  Govt    ( **X** )  Deft  --- Advised of Right to Appeal    (  )  Vol. Surrender:_____

( **X** )  Defendant Remanded to Custody                              (  )  Continued on Present Bond

(  )  Stay of Execution     (  )  Granted     (  )  Denied

( **X** )  Notes:

The court rules on defendant's objections to Presentence Investigation Report.