# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

**v.**                                             **Case No. 07-20168-22-JWL**

**Keith McDaniel,**

      **Defendant.**

## MEMORANDUM & ORDER

On June 22, 2015, the Clerk of the Court received a letter from the defendant Keith McDaniel, a copy of which has been docketed in this case. Because Mr. McDaniel does not request any relief in the letter, no action will be taken by the undersigned in regard to the letter. The defendant is advised that any relief sought must be properly brought before the court in the form of a motion and said motion should be filed with the Clerk of the U.S. District Court for the District of Kansas.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2015, at Kansas City, Kansas.

                                              s/ John W. Lungstrum
                                              John W. Lungstrum
                                              United States District Judge