**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                             Chris Wolpert
Clerk of Court                          February 04, 2016                             Chief Deputy Clerk

Mr. Keith McDaniel
#11792-031
FCI - Ashland
P.O. Box 6001
Ashland, KY 41105

**RE:**   **16-3028, In re: McDaniel**
           Dist/Ag docket: 2:13-CV-02083-JWL

Dear Petitioner:

The court has docketed your Motion for Permission to file a second or successive habeas petition under 28 U.S.C. 2255. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

                                                         Sincerely,

                                                         Elisabeth A. Shumaker
                                                         Clerk of the Court

cc:      Terra Morehead

EAS/mb