

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden*                                          *Springfield, Missouri 65807*

McDaniel, Keith
Reg. No. 11792-031

RE:    Request for Reduction in Sentence

Dear Mr. McDaniel,

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

Sincerely,

M. D. Smith
Warden

Date: 5/14/20

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: McDaniel Keith D          11792-031     8-1        Springfield
　　　LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT       INSTITUTION

Part A – INMATE REQUEST

My 3582 (c)(1)(A) request for reduction in Sentence (RIS) base on COVID-19 was denied dated 5/14/20. Which I feel Should of been granted because I have one of the number #1 underline conditions being hypertension, which if I contract COVID, because of lack of social distancing it could be fatal. 33% of indiviuals with COVID show no symtoms and me being african American and no testing I am at high risk, so I feel My request should be granted instead of denied.

5/26/2020                              Keith McDaniel
DATE                                   SIGNATURE OF REQUESTER

Part B– RESPONSE

DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Part C– RECEIPT
Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JUNE 12, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : KEITH MCDANIEL, 11792-031
      SPRINGFIELD USMCFP    UNT: WORK CADRE    QTR: W01-036U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1022356-R1
DATE RECEIVED   : JUNE 11, 2020
RESPONSE DUE    : AUGUST 10, 2020
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2       :

USMCFP Springfield
Springfield, MO
Reentry Services



Re: Keith McDaniel
   Fed. Reg. No. 11792-031

I am the Reentry Affairs Coordinator at the United States Medical Center for Federal Prisoners in Springfield, Missouri. Mr. McDaniel transferred to this institution July of 2016 and I met him shortly afterwards. He attended a reentry seminar where the guest speaker was a formerly incarcerated, now successful restaurant owner. Mr. McDaniel introduced himself to me at this seminar and I have met with him several times since. From my first encounter with Mr. McDaniel until now, he has consistently kept a positive attitude and outlook towards his life.

Mr. McDaniel's transcript shows he has completed 22 programs since arriving at this facility. I facilitate small book groups and other groups that Mr. McDaniel has also participated in that are not counted on his transcript. A few of the programs he has completed at this facility include Parenting, Job Fair, Treatment, Goal Setting, and Criminal Thinking.

Mr. McDaniel has expressed his intention to continue to enroll in self-development programs and classes. He has told me many times that he wants to continue his personal development and better himself in preparation for his release from prison and that his greatest desire is to return home to his family and never again do anything to jeopardize them being together.

Thank You,

Lisa Lendrigan
USMCFP Springfield
417-836-1395



BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>McDaniel, Keith | Register No.<br>11792-031 | Unit<br>W01-036U |
|---|---|---|
| Evaluation Period<br>April, 2020 | Work Assignment<br>CCS Orderly/Corr Complx | |

Bonus Justification
Inmate was an essential worker and was willing to work during the modified/Quarantine status.

Signature and Date of Dept. Head Approval

Cpt  5/4/20

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
✓3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
✓4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
✓4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
✓4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
✓3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
✓3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                          Prescribed by P5251                    Replaces BP-S324, OCT 94

BP-A0575
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**PERFORMANCE PAY DAILY RECORD - INMATE**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | | 1 | 2 | 3 | 4 |
| | | | | | | |
| DAY OF MO: 6 | 7 | 8 | 9 | 10 | 11 | |
| 7 | | | | | | |
| DAY OF MO: 13 | 14 | 15 | 16 | 17 | 18 | |
| 7 | 7 | 7 | 7 | 7 | 7 | |
| DAY OF MO: 20 | 21 | 22 | 23 | 24 | 25 | |
| 7 | 7 | 7 | 7 | 7 | 7 | |
| DAY OF MO: 27 | 28 | 29 | 30 | | | |
| | 7 | 7 | 7 | 7 | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name<br>McDaniel, Keith | Register No.<br>11792-031 | Detail<br>CCS Orderly/ Corr Complx |
|---|---|---|
| Month: April, 2020 | Total Hours: 98 | |

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**       **SECTION 4**

PDF                                    Prescribed by P5251                    Replaces reverse of BP-324 of OCT 84

```
   SPGS9          *       INMATE EDUCATION DATA       *      07-04-2020
   PAGE 001        *            TRANSCRIPT            *      09:21:09


   REGISTER NO: 11792-031    NAME..: MCDANIEL           FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: SPG-SPRINGFIELD USMCFP


   ------------------------ EDUCATION INFORMATION ------------------------
   FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
   SPG  ESL HAS   ENGLISH PROFICIENT        04-11-2010 0913 CURRENT
   SPG  GED EARNED GED EARNED IN BOP        09-16-2012 0001 CURRENT


   ------------------------- EDUCATION COURSES -------------------------
   SUB-FACL   DESCRIPTION             START DATE  STOP DATE EVNT AC LV  HRS
   SPG CAD    YOGA FOR HEALTHY MIND AND BODY 07-05-2019 08-16-2019  P  C  P    6
   SPG CAD    PEDOMETER & HEART RATE MONITOR 07-16-2019 07-30-2019  P  C  P    6
   SPG CAD    INTRO TO HOBBYCRAFTS         05-17-2019 05-20-2019   P  C  P    2
   SPG CAD    INTERVIEW SKILLS            03-04-2019 04-29-2019   P  C  P    5
   SPG CAD    CARDIO AND RESP SYSTEMS     02-05-2019 02-28-2019   P  C  P    6
   SPG CAD    RPP#1 U R WHAT YOU EAT      02-05-2019 02-28-2019   P  C  P    6
   SPG CAD    RPP#3 GET RIGHT WITH YOUR TAXS 11-08-2018 11-08-2018  P  C  P    1
   SPG CAD    HEALTH FAIR SEMINARS        09-26-2018 09-27-2018   P  C  P    2
   SPG CAD    RPP6 SET AND ACHIEVE GOALS  07-24-2018 08-27-2018   P  C  P    4
   SPG CAD    RPP#3 GET RIGHT WITH YOUR TAXS 08-08-2018 08-08-2018  P  C  P    1
   SPG CAD    RPP2 INFORMATION MOCK JOB FAIR 05-15-2018 05-15-2018  P  C  P    2
   SPG CAD    RPP#3 PERSONAL FINANCE      03-08-2018 03-08-2018   P  C  P    3
   SPG CAD    RPP6 CRIMINAL THINKING-PSYCH 01-10-2018 01-10-2018   P  C  P    5
   SPG CAD    CODE OF CONDUCT IN LEISURE SPT 12-29-2017 12-29-2017  P  C  P    2
   SPG CAD    RPP2 INFORMATION MOCK JOB FAIR 05-16-2017 08-28-2017  P  C  P    2
   SPG CAD    RPP#3 GET RIGHT WITH YOUR TAXS 08-08-2017 08-08-2017  P  C  P    1
   SPG CAD    PEDOMETER & HEART RATE MONITOR 04-04-2017 04-27-2017  P  C  P    6
   SPG CAD    RPP6 PARENTING 2            03-20-2017 03-30-2017   P  C  P   12
   SPG CAD    UPHOLSTERY LEISURE COURSE   02-27-2017 03-26-2017   P  C  P    8
   SPG CAD    EMPIRICAL TO MODERN STRUCTURES 01-01-2016 12-12-2016  P  C  P    8
   SPG CAD    RPP#6 INTRO TO TREATMENT    10-27-2016 01-17-2017   P  C  P   24
   SPG CAD    JOB SURVIVAL SKILLS REENTRY 11-01-2016 01-03-2017   P  C  P    6
   SPG CAD    HEALTH FAIR SEMINARS        12-08-2016 01-08-2017   P  C  P    2
   SPG CAD    CODE OF CONDUCT IN LEISURE SPT 11-01-2016 11-01-2016  P  C  P    2
   SPG CAD    RPP6 PARENTING 1            09-20-2016 10-19-2016   P  C  P   12
   SPG CAD    CODE OF CONDUCT IN LEISURE SPT 09-23-2016 09-23-2016  P  C  P    2
   SPG CAD    INTRODUCTION TO WELLNESS    07-07-2016 07-09-2016   P  C  P    6
   ASH        LETS EDUCATE AGAINST DRUGS  02-23-2016 03-09-2016   P  C  P    6
   ASH        VICTIM IMPACT PANEL         09-23-2015 10-22-2015   P  C  P    4
   ASH        A&O WELLNESS AT RISK        09-17-2014 09-18-2014   P  C  P    1
   MAN        RPP#1 DISEASE PREVENTION    01-22-2014 01-22-2014   P  C  P    1
   MAN        BODY TRANS CLASS            06-26-2013 08-23-2013   P  C  P    1
   MAN        MAN-UP                      07-11-2013 07-11-2013   P  C  P    2
   MAN        FAST TRACK12-13:00, M-F, (C) 08-15-2011 09-16-2012  P  C  P  500
   MAN        UNICOR HYGEINE              12-12-2011 01-02-2012   P  C  P   80
   MAN        RPP#6 SPIRITUAL DEVELOPMENT 10-26-2011 12-15-2011   P  C  P   20
   MAN        RPP#5 RELEASE PREP PROG A&O 06-08-2011 06-08-2011   P  C  P    1
   BSY CHG    GEDB4:LEVELM;11:50-1:20 M-F 09-15-2010 05-09-2011   P  W  I  129
   BSY CHG    INT OIL PAINT;W;12:30-3:30;JB 09-29-2010 11-11-2010  P  C  P   12
   BSY CHG    ELL ORIENTATION             10-05-2010 11-03-2010   P  C  P    1


   G0002       MORE PAGES TO FOLLOW . . .
```

```
  SPGS9         *        INMATE EDUCATION DATA        *      07-04-2020
  PAGE 002 OF 002 *            TRANSCRIPT             *      09:21:09

  REGISTER NO: 11792-031    NAME..: MCDANIEL              FUNC: PRT
  FORMAT.....: TRANSCRIPT   RSP OF: SPG-SPRINGFIELD USMCFP
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
BSY CHG   BEG OIL PAINT;W;12:30-3:30;JB 06-01-2010 07-15-2010  P  C  P   12
BSY CHG   STOP THE VIOLENCE;MON;7:40AM  05-09-2010 06-23-2010  P  C  P   24
BSY CHG   ELL ORIENTATION               01-27-2010 01-27-2010  P  C  P    1
```

```
---------------------------- HIGH TEST SCORES ----------------------------
TEST       SUBTEST         SCORE     TEST DATE     TEST FACL   FORM    STATE
GED        AVERAGE         462.0     08-28-2012    MAN         PASS    KY
           LIT/ARTS        500.0     11-07-2011    MAN         IC      KY
           MATH            470.0     08-28-2012    MAN         ID      KY
           SCIENCE         440.0     11-07-2011    MAN         IC      KY
           SOC STUDY       450.0     11-07-2011    MAN         IC      KY
           WRITING         450.0     11-07-2011    MAN         IC      KY
GED PRAC   LIT/ARTS        510.0     08-04-2011    MAN         PC
           MATH            490.0     04-05-2011    BSY         PB      KY
           SCIENCE         460.0     10-05-2011    MAN         PE
           SOC STUDY       500.0     08-04-2011    MAN         PC
           WRITING         450.0     08-04-2011    MAN         PC
```

```
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```