IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**THOMAS HUMPHREY ET AL.,**<br><br>**Defendant.** | Case No. 07-CR-20168-JWL |

## ENTRY OF APPEARANCE

Assistant United States Attorney Scott C. Rask enters his appearance as attorney of record for the plaintiff and withdraws the appearance of Assistant United States Attorney Terra D. Morehead.

Respectfully Submitted,

DUSTON SLINKARD
Acting United States Attorney
District of Kansas

   s/Scott C. Rask
Scott C. Rask, #15643
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 25th, 2021, this Entry of Appearance was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case and the Notice of Electronic Filing plus a copy of the Entry of Appearance was placed in the United States mail, postage prepaid, to the following non-CM/ECF participant.

 s/Scott C. Rask
Scott C. Rask, #15643
Assistant United States Attorney